## 66018. BALL v. THE STATE.

McMURRAY, Chief Judge.

The Supreme Court of Georgia in *State v. Ball,* 251 Ga. 840 (310 SE2d 516) having reversed our judgment of reversal as found in *Ball v. State,* 167 Ga. App. 546 (306 SE2d 353), the judgment of the Supreme Court is made the judgment of this court, and the judgment of the trial court is affirmed.

*Judgment affirmed. Shulman, P. J., and Birdsong, J., concur.*

DECIDED FEBRUARY 9, 1984.

*Herbert T. Hutto,* for appellant.
*Harry N. Gordon, District Attorney, B. Thomas Cook, Assistant District Attorney,* for appellee.